**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Clinton Donald Johns v. William Stephens, Director, Texas
                         Department of Criminal Justice, Correctional Institutions
                         Division

Appellate case number:     01-15-00639-CV

Trial court case number:     2015-17750

Trial court:                 157th District Court of Harris County

On August 6, 2015, appellant, Clinton Donald Johns, proceeding *pro se* and incarcerated, filed an affidavit of indigence for appellate costs in this Court in the above-referenced appeal, which we referred to the trial clerk to be filed. *See* TEX. R. APP. P. 20.1(a)(2), (c)(1), (d), 25.1(a). On October 20, 2015, the trial clerk filed an original clerk's record in this Court with, among other things, the trial court's order, signed on June 17, 2015, overruling the trial clerk's contest to appellant's affidavit of indigence for trial-court costs, but there was no timely contest to appellant's affidavit of indigence for appellate costs, filed in the trial court on August 7, 2015. *See id.* at 20.1(e)(1).

Accordingly, the allegations in the affidavit of indigence are deemed true, and appellant is entitled to proceed without advance payment of appellate costs. *See* TEX. R. APP. P. at 20.1(f). The Clerk of this Court is **ORDERED** to deem the appellant indigent and that he is allowed to proceed on appeal without advance payment of costs for purposes of the appellate filing fee and the clerk's and reporter's record fees.

Because the clerk's record has already been filed, it is further **ORDERED** that the court reporter file with this Court, within **10 days** of the date of this order and at no cost to appellant, a reporter's record containing the items specified in Texas Rule of Appellate Procedure 34.6(a) or an information sheet confirming that no reporter's record was taken. *See* TEX. R. APP. P. 20.1(k).

It is so ORDERED.

Judge's signature:     /s/ <u>Laura Carter Higley</u>
                       ☒ Acting individually     ☐ Acting for the Court
Date: <u>November 3, 2015</u>